UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM DONALD BROWN | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:14CV393-RHW |
| MICHAEL WEST et al | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court granting Defendants' motions to dismiss, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's 42 U.S.C. § 1983 complaint is DISMISSED without prejudice for failure to exhaust administrative remedies and for failure to prosecute.

SO ORDERED, this the 18th day of September, 2015.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE